UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAVEL SEBESTIK<br>A94-044-769 | )<br>)<br>) | |
| Petitioner-Plaintiff, | )<br>) | Case No.<br>FILED |
| v. | )<br>) | MAY 23, 2008                    YM |
| | ) | 08CV3034 |
| GLENN TRIVELINE, Field Office<br>Director, U.S. Immigration and Customs<br>Enforcement, Chicago Office;<br>MICHAEL CHERTOFF, Secretary of the U.S.<br>Department of Homeland Security, MICHAEL<br>MUKASEY, United States Attorney General | )<br>)<br>)<br>)<br>)<br>)<br>) | JUDGE SHADUR<br>MAGISTRATE JUDGE BROWN |
| Respondent-Defendant | ) | |

## NOTICE OF FILING

TO:   U.S. Attorney's Office                    Michael Chertoff
      Northern District of Illinois             Office of General Counsel
      219 S. Dearborn, Suite 500                U.S. Department of Homeland Security
      Chicago, IL 60604                         Washington, DC 20528
      **Via First Class Mail**                  **Via First Class Mail**

      Michael Mukasey                           Glenn Triveline
      U.S. Attorney General                     U.S. Customs and Immigration Enforcement
      950 Pennsylvania Avenue, N.W.             101 W. Congress Parkway, 4th Floor
      Washington, DC 20530                      Chicago, IL 60605
      **Via First Class Mail**                  **Via First Class Mail**

    PLEASE TAKE NOTICE that on May 23, 2008, Plaintiff filed with the District Court for the Northern District of Illinois, Eastern Division, his Emergency Petition for a Writ of Habeas Corpus and Injunctive and Declaratory Relief, a copy of which is hereby served upon you as indicated above.

                                                  s/ Laureen Anderson
                                                  LAUREEN ANDERSON
                                                  Attorney for Plaintiff

## CERTIFICATE OF SERVICE

    The undersigned attorney certifies that he caused this Notice to be served upon the above addressed by mail service or hand delivery by 5:00 p.m. on May 22, 2008.

                                      s/ Laureen Anderson
                                      LAUREEN ANDERSON
                                      Attorney for Plaintiff

Laureen Anderson
Horn, Khalaf, Abuzir, Mitchell & Schmidt
2 North LaSalle, Suite 630
Chicago, IL 60602
Telephone: (312) 281-5444
Fax: (312) 558-9075
E-mail: landerson@hkamlaw.com