UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
5-27-2008
MAY 27 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| PAVEL SEBESTIK<br>A94-044-769 | )<br>)<br>) |
| Petitioner-Plaintiff, | ) Case No. 08 CV 3034<br>) |
| v. | )<br>) |
| GLENN TRIVELINE, Field Office Director, U.S. Immigration and Customs Enforcement, Chicago Office;<br>MICHAEL CHERTOFF, Secretary of the U.S. Department of Homeland Security, MICHAEL MUKASEY, United States Attorney General | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Respondent-Defendant | ) |

## PETITIONER'S EMERGENCY MOTION FOR HEARING ON HABEAS CORPUS

NOW COMES the Petitioner, PAVEL SEBESTIK, hereinafter referred to as Petitioner, by and through his attorneys, Laureen Anderson and Stanley J. Horn of Horn Khalaf Abuzir Mitchell & Schmidt, and respectfully moves for an emergency hearing on the Emergency Petition for Habeas Corpus filed in the Northern District of Illinois on May 27, 2008 at 9am.

_Laureen Anderson_
Laureen Anderson
Horn Khalaf Abuzir Mitchell & Schmidt
Attorneys for the Petitioner
2 North LaSalle Street, Suite 630
Chicago, Illinois 60602
Telephone Number: (312) 281-5400

| | |
|---|---|
| PAVEL SEBESTIK )<br>A94-044-769 )<br> )<br>    Petitioner-Plaintiff, )<br> )<br>    v. )<br> )<br>GLENN TRIVELINE, Field Office )<br>Director, U.S. Immigration and Customs )<br>Enforcement, Chicago Office; )<br>MICHAEL CHERTOFF, Secretary of the U.S. )<br>Department of Homeland Security, MICHAEL )<br>MUKASEY, United States Attorney General )<br> )<br>    Respondent-Defendant )  | Case No. |

### NOTICE OF FILING

TO:

    PLEASE TAKE NOTICE that on May 27, 2008, the Petitioner, filed with the Northern District of Illinois an Emergency Motion for Hearing on Habeas Corpus, a copy of which was sent to all defendants via the ECF notification system.

*Laureen Anderson*
Laureen Anderson
Horn Khalaf Abuzir Mitchell & Schmidt
Attorneys for the Petitioner
2 North LaSalle Street, Suite 630
Chicago, Illinois 60602
Telephone Number: (312) 281-5400