# United States District Court, Northern District of Illinois

*MHN*

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3034 | **DATE** | 5/27/2008 |
| **CASE TITLE** | Pavel Sebestik vs. Glenn Triveline, et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held on Petitioner's emergency motion for hearing on habeas corpus. Petitioner's emergency motion is granted pending a determination by the Board of Immigration Appeals on the motion to reopen.

Docketing to mail notices.

00:45



| | Courtroom Deputy Initials: | SN |
|---|---|---|